IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **L.D. and M.D.,** : | |
| : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 23-345 |
| : | |
| **INDEPENDENCE BLUE CROSS,** : | |
| : | |
| Defendant. : | |

**ORDER**

**AND NOW,** this 18th day of October, 2024, upon consideration of Plaintiffs' Motion for Summary Judgment (ECF No. 47), Defendant's Motion for Summary Judgment (ECF No. 49), and the responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Summary Judgment is **DENIED**.

2. Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez